No. 153. GANGER ET AL. v. CITY OF MIAMI. Appeal from the Supreme Court of Florida. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. Counsel are directed to discuss the question of whether the constitutional issues were raised and decided below. *Clyde A. Epperson* and *Thomas H. Anderson* for appellants. *Milton M. Ferrell* for appellee.

No. 167. SUN OIL CO. v. FEDERAL POWER COMMISSION;

No. 197. LONG ISLAND LIGHTING CO. ET AL. v. SUN OIL CO. ET AL.;

No. 201. LONG ISLAND LIGHTING CO. ET AL. v. BEL OIL CORP. ET AL.;

No. 202. BEL OIL CORP. v. FEDERAL POWER COMMISSION; and

No. 203. UNION OIL CO. OF CALIFORNIA ET AL. v. FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. Motion of Long Island Lighting Co. et al. to be added as parties respondent and to correct and amend titles and captions in Nos. 167, 202 and 203 denied. *Martin A. Row* and *Robert E. May* for petitioner in No. 167. *David K. Kadane* for the Long Island Lighting Co., and *Vincent P. McDevitt* and *Samuel G. Miller* for the Philadelphia Electric Co., petitioners in Nos. 197 and 201 and movants in Nos. 167, 202 and 203. With them on the motion was *Edward S. Kirby* for the Public Service Electric & Gas Co., petitioner in Nos. 197 and 201. *Cullen R. Liskow* for petitioner in No. 202. *George D. Horning, Jr.* for the Union Oil Co. of California, petitioner in No. 203 and respondent in Nos. 197 and 201. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell, Howard E. Wahrenbrock* and *William W. Ross* for the Federal Power Commission, respondent in Nos. 167, 202 and 203. Reported below: 255 F. 2d 548, 557.